UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**GLYNN ELLEN PUTNAM**                                     **CIVIL ACTION**

**VS. NO. 3:15-cv-2143**                                   **JUDGE JAMES**

**PORTFOLIO RECOVERY
ASSOCIATES, LLC**                                          **MAG. JUDGE HAYES**

## FAIR DEBT COLLECTION PRACTICES ACT COMPLAINT

The complaint of Glynn Putnam, who is domiciled in Ouachita Parish, Louisiana, respectfully represents:

1. The defendant in this case is Portfolio Recovery Associates, LLC, a Virginia business organization authorized to do and doing business in Louisiana.

2. This court has jurisdiction as provided by 15 U.S.C. §1692k. Venue is proper in the Western District of Louisiana, Monroe Division.

3. Defendant is a debt collector attempting to collect a disputed debt.

4. Defendant has been advised on two occasions that plaintiff is represented by counsel and cautioned not to communicate directly with plaintiff.

5. On November 19, 2014 defendant was advised by the undersigned:

> Despite my notification that the debt you are seeking to recover from Glynn Putnam is disputed, copy enclosed, you again attempted to collect debt directly from her in violation of 15 U.S.C. §1692c which provides:
>
> > (a) Communication with the consumer generally. Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt

> collector may not communicate with a consumer in connection with the collection of any debt--
> ....
> (2) if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from the debt collector or unless the attorney consents to direct communication with the consumer; or...

6. Plaintiff is emotionally fragile.

7. Defendant disregarded plaintiff's instructions not to communicate directly with her. A copy of its July 16, 2015 communication is attached to this complaint as Exhibit A.

8. Plaintiff is entitled to recover damages, a penalty of $1,000.00, and reasonable attorneys' fees.

**WHEREFORE PLAINTIFF PRAYS** that there be judgment herein in her favor for such amounts as to which she proves herself justly entitled, a penalty of $1,000.00, reasonable attorneys' fees, and all costs of this proceeding.

    Respectfully submitted:

    \s\ *James A. Rountree*
    James A. Rountree, 11491
    Michael G. Renneisen, 34050
    Rountree Law Offices
    400 Hudson Lane
    Monroe, Louisiana 71201
    Telephone: (318) 398-2737
    Facsimile: (318) 398-2738