UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **GLYNN ELLEN PUTNAM** | **CIVIL ACTION** |
| **VS. NO. 3:15-cv-2143** | **JUDGE JAMES** |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | **MAG. JUDGE HAYES** |

## MOTION TO DISMISS COMPLAINT

Plaintiff, Glynn Putnam, respectfully represents:

1. The dispute giving rise to this case has been amicably resolved between the parties.

2. This matter should be dismissed as there is no longer any controversy between the parties.

**WHEREFORE PLAINTIFF PRAYS** for an order dismissing this matter with prejudice.

Respectfully submitted:

\s\ *James A. Rountree*
James A. Rountree, 11491
Michael G. Renneisen, 34050
Rountree Law Offices
400 Hudson Lane
Monroe, Louisiana  71201
Telephone: (318) 398-2737
Facsimile:  (318) 398-2738