UNITED STATE DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **GLYNN ELLEN PUTNAM** | **CIVIL ACTION NO. 15-2143** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **PORTFOLIO RECOVERY ASSOCIATIONS, LLC** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

Upon consideration of Plaintiff Glynn Ellen Putnam's "Motion to Dismiss Complaint" [Doc. No. 3], and it being presented to the court that the dispute giving rise to this case has been amicably resolved between the parties,

IT IS ORDERED, ADJUDGED, AND DECREED that this matter be DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 30th day of October, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE